# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

ATHEAL PIERCE,

    Debtor.

Case No. 05-31205-DHW
Chapter 13

## ORDER TRANSMITTING MOTION TO DISTRICT COURT

The debtor filed a motion on May 1, 2006 to proceed on appeal without payment of the filing fee. It is

ORDERED that the motion is hereby transmitted to the United States District Court for the Middle District of Alabama for consideration.

Done this 4 day of May, 2006.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
   Curtis C. Reding, Trustee
   Britt Batson Griggs, Esq.