FORM B1 (Official Form 1)
(9/97)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF | VOLUNTARY PETITION |
|---|---|

| NAME OF DEBTOR (If individual, enter Last, First, Middle):<br>PIERCE ATHEAL | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle): |
|---|---|
| ALL OTHER NAMES used by the debtor in the last 6 years<br>(include married, maiden, and trade names):<br>N/A | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(include married, maiden, and trade names): |
| SOC. SEC./TAX I.D. NO. (if more than one, state all): | SOC. SEC./TAX I.D. NO. (if more than one, state all): |
| STREET ADDRESS OF DEBTOR (No. & street, city, state & zip code):<br>112 Knollwood Blvd.<br>Montgomery, Alabama 36117 | STREET ADDRESS OF JOINT DEBTOR (No. & street, city, state & zip code): |
| COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br>Montgomery | COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS: |
| MAILING ADDRESS OF DEBTOR (if different from street address):<br>Same as above | MAILING ADDRESS OF JOINT DEBTOR (if different from street address):<br>N/A |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>(if different from street address above):<br>Same as above | |

| INFORMATION REGARDING THE DEBTOR (Check the Applicable Boxes) |
|---|

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. N/A

| TYPE OF DEBTOR (Check all boxes that apply) | | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH<br>THE PETITION IS FILED (Check one box) | | |
|---|---|---|---|---|
| [x] Individual(s) | [ ] Railroad | [ ] Chapter 7 | [ ] Chapter 11 | [x] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding | | |
| [ ] Other: | | | | |

| NATURE OF DEBTS (Check one box) | | FILING FEE (Check one box) |
|---|---|---|
| [x] Consumer/Non-Business | [ ] Business | [x] Full Filing Fee attached |

| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply) | |
|---|---|
| [ ] Debtor is a small business as defined in 11 U.S.C. § 101 | [ ] Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) N/A | |

| STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates only) | THIS SPACE FOR COURT USE ONLY |
|---|---|
| [x] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | 4/26/05 ji Pd. $50.00<br>FILED<br>at 4 O'clock & 27 Min P.M.<br><br>APR 26 2005<br><br>RELIEF ORDERED<br>CLERK OF COURT<br>United States Bankruptcy Court<br>Montgomery, Alabama |

**ESTIMATED NUMBER OF CREDITORS**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**ESTIMATED ASSETS**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**ESTIMATED DEBTS**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

FORM B1, Page 2 (Official Form 1)
(9/97)

| VOLUNTARY PETITION<br>*(This page must be completed and filed in every case)* | NAME OF DEBTORS(S):<br>Atheal Pierce |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| LOCATION<br>WHERE FILED:    N/A | CASE NUMBER: | DATE FILED: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| NAME OF DEBTOR: | CASE NUMBER: | DATE FILED: |
| DISTRICT:    N/A | RELATIONSHIP: | JUDGE: |

## SIGNATURES

### SIGNATURE(S) OF DEBTOR(S) (INDIVIDUAL/JOINT)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signature)_
Signature of Debtor

X    N/A
Signature of Joint Debtor

(334) 215-7525
Telephone Number (If not represented by attorney)

_____
Date

### SIGNATURE OF DEBTOR (CORPORATION/PARTNERSHIP)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    N/A
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### SIGNATURE OF ATTORNEY

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address        N/A

Telephone Number

Date

### SIGNATURE OF NON-ATTORNEY PETITION PREPARER

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address        N/A

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

N/A

X _____
Signature of Bankruptcy Petition Preparer

Date        N/A

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    N/A
Signature of Attorney for Debtor(s)        Date

FORM B6A

In re __A TheAL   Pierce_____    Case No. _____
                    Debtor                                    (If known)

# SCHEDULE A—REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G—Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST, IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 701 DoRis Circle Montgomery, Alabama 36105 | Mortgage Debt | | None | $27,533.33 |
| 5916 Havenwood Drive Montgomery, Alabama 36117 | Purchase Intent | | — | $81,028.74 |
| 112 Knollwood Blvd, Montgomery, AL 36117 | Purchase Intent | | Homestead | $140,458.37 |
| 3029 Rosa Parks Montgomery AL 36105 | Purchase Intent | | — | $121,239.18 |
| Havenwood Village Inc. Real Property LAND only 124 N. Haardart, Monti, AL | to be % determined by court | | | |
| Havenwood Village Inc. buildings (17) Condominiums 124 N. Haardtt Drive Mont, AL 36105 | to be % determined by court | | | |

Total ► $ 370,059.62
(Report also on Summary of Schedules.)

FORM B6B

In re  A Theal  Pierce
_____
Debtor

Case No. _____
(If known)

# SCHEDULE B—PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C—Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G—Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH Atheal Pierce | | $1,200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | see document 11 | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Gas Company, Alabama Power, water Co. Montgomery, AL | | UNKNOWN VALUE |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc. and other collections or collectibles. | X | 112 Knollwood Blvd, Montgomery, AL 36117 Same as above | | UNKNOWN value |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

FORM B8B - Cont.

In re Atheal Pierce
_____
Debtor

Case No. _____
(If known)

# SCHEDULE B—PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1985 Fleetwood | | $1,000 estimate |
| 24. Boats, motors, and accessories. | ✓ | | | |
| 25. Aircraft and accessories. | ✓ | | | |
| 26. Office equipment, furnishings, and supplies. | · | to be determined | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | '' H. V. Inc. | | |
| 28. Inventory. | | '' H V Inc. | | |
| 29. Animals. | ✓ | | | |
| 30. Crops-growing or harvested. Give particulars. | ✓ | | | |
| 31. Farming equipment and implements. | ✓ | | | |
| 32. Farm supplies, chemicals, and feed. | ✓ | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | to be amended | | |

_____ continuation sheets attached

Total ▶ | $ 1,000

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C

In re ___Athral Puvie___
                   Debtor

Case No. _____
                        (If known)

# SCHEDULE C—PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.
☐ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local laws  where the debtor's
                          domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
                          portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety
                          or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 112 Knollwood Blvd. Mont, Ap 36117 | Homestead | | 159,000.00 |
| 1985 Cadi Fleetwood. | Transpo. | | 1,000.00 |
| To be amended | | | |

FORM B6D

In re _Athel Pierce_
_____
Debtor

Case No. _____
(If known)

# SCHEDULE D—CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. _5357 8108_ <br> American General Fin, Service <br> 4447 Atlanta Highway <br> Montgomery, Al 36109-3115 <br><br> VALUE $ | | | March 12, 1998 | | | ✓ | 27,399.81 | |
| ACCOUNT NO. _07618726_ <br> American Gens Fin, Services <br> 4447 Atlanta Highway <br> Montgomery, Al 36109-3115 <br><br> VALUE $ | | | February 3, 1999 | | | ✓ | 81,028.74 | |
| ACCOUNT NO. <br> See document to be <br> Amended (Document 11) <br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br> VALUE $ | | | | | | | | |

_____ continuation sheets attached

Subtotal ▶
(Total of this page)    $ 108,428.55

Total ▶
(Use only on last page)    $

(Report total also on Summary of Schedules.)

FORM B6E-Cont.

In re _Atheel Pierce_                                Case No. _____
        Debtor                                                    (If known)

# SCHEDULE E—CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 58019500-68151-72 <br> Student Loan Corporation <br> c/o Citibank (Nevada), NA <br> P.O. Box 6615 <br> The Lakes, NV 88901-6615 | | | Year unknown <br> (To be amended) | | | | 73,317.73 | |
| ACCOUNT NO. <br> Havenwood Village Condominium Association, Inc. <br> 5906 N. Burbank <br> Montgomery, AL 36116 <br> c/o Julia Sharpe | | | | | | | 3,500.00 <br> (To be amended) | |
| ACCOUNT NO. <br> Havenwood Village Condominium Association, Inc., LLC <br> 477 Seminole Trail #130 <br> Charlottesville, VA 22901 <br> c/o P. Andrew Logan | | | | | | | 253.22 | |
| ACCOUNT NO. <br> Havenwood Village Condominium Association, Inc., LLC | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. _____ of _____ sheets attached to Schedule of Creditors Holding Priority Claims.

Subtotal ▶ $ 77,070.95 / 73,317.73
(Total of this page)

Total ▶ $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules.)

FORM B6F - Cont.

In re _Atheal Pierce_____
        Debtor

Case No. _____
                    (If known)

# SCHEDULE F²—CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Havenwood Village LLC<br>977 Seminole Trail #130<br>Charlottesville, VA 22901 | | | Circuit ct judgment<br>Montg, AL 3/26/04 | | | | 19,207.33 |
| ACCOUNT NO.<br><br>Havenwood Village<br>Condominium Association<br>Ms. J. Sharpe<br>5906 Havenwood Drive<br>Montg, AL 36117 | | | Condominium fees<br>monthly | | | | 4,000 |
| ACCOUNT NO.<br><br>Havenwood Village<br>Condominium Association<br>Mr. Ross<br>124 N. Haardt<br>Montg, AL 36105 | | | interest from<br>district ct judgment<br>tree/flood list<br>7 vagmt 10/17/03 | | | | 253.22 |
| ACCOUNT NO. SR-03-043<br><br>Jeffcoat Surveyors LLC<br>928 South Hull Street<br>Montg, AL 36105 | | | Survey of Atheal<br>Pierce portion of<br>Havenwood Lands<br>and buildings<br>190 Burbank | | | | 1,250.00 |
| ACCOUNT NO.<br><br>to be awarded<br>attached document<br>11 | | | | | | | |

Sheet no. _____ of _____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 24,710.55
(Total of this page)

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules.)

FORM B6G

In re _Atheal Pirce_ _____      Case No. _____
                    Debtor                                    (If known)

# SCHEDULE G—EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any time-share interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| N/A | N/A |

FORM B6H

In re _____    Case No. _____
               Debtor                                    (If known)

# SCHEDULE H—CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| N/A | N/A |

FORM B6I

In re _Atheal Pierce_
        Debtor

Case No. _____
              (If known)

# SCHEDULE I—CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: _Divorced_ | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES _N/A_ | AGE _N/A_ | RELATIONSHIP _N/A_ |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Cooperative Extension Program Specialist_ | |
| Name of Employer | _Tuskegee University_ | |
| How long employed | _Eleven years +_ | |
| Address of Employer | _Morrison-Mayberry Hall Coop. Extension, Tuskegee, AL 36083_ | |

Income: (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ _4,188.79_ | $ _N/A_ |
| Estimated monthly overtime | $ _N/A_ | $ _N/A_ |
| SUBTOTAL | $ _4,188.79_ | $ _N/A_ |

LESS PAYROLL DEDUCTIONS

|  | DEBTOR | SPOUSE |
|---|---|---|
| a. Payroll taxes and social security | $ _See Exhibit_ | $ _N/A_ |
| b. Insurance | $ _A attached_ | $ _N/A_ |
| c. Union dues | $ | $ _N/A_ |
| d. Other (Specify:                    ) | $ | $ _N/A_ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ _2,629.03_ | $ _N/A_ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ _1,559.76_ | $ _N/A_ |

|  | DEBTOR | SPOUSE |
|---|---|---|
| Regular income from operation of business or profession or farm (attach detailed statement) | $ _2,560.00_ | $ _N/A_ |
| Income from real property | $ _400.00_ | $ _N/A_ |
| Interest and dividends | $ _48.00_ | $ _N/A_ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ _-0-_ | $ _N/A_ |
| Social security or other government assistance (Specify) _See Exhibit B for details_ | $ _1,265.00_ | $ _N/A_ |
| Pension or retirement income | $ _-0-_ | $ _N/A_ |
| Other monthly income (Specify) _Church_ | $ _1,282.00_ | $ _N/A_ |
| (Specify) | $ | $ _N/A_ |
| TOTAL MONTHLY INCOME | $ _5,555.00_ | $ _N/A_ |

TOTAL COMBINED MONTHLY INCOME $ _9,743.79_          (Report also on Summary of Schedules)

_* To be amended_

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J

In re _Gtheal Piere_
        Debtor

Case No. _____
                    (If known)

# SCHEDULE J—CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."  *N/A*

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,033.00 |
| Are real estate taxes included?     Yes _____     No ✓ | | |
| Is property insurance included?     Yes _____     No ✓ | | |
| Utilities     Electricity and heating fuel | $ | 480.00 |
|     Water and sewer | $ | 288.00 |
|     Telephone | $ | 334.00 |
|     Other | $ | |
| Home maintenance (repairs and upkeep) | $ | 100.00 |
| Food | $ | 200.00 |
| Clothing | $ | |
| Laundry and dry cleaning | $ | 44.00 |
| Medical and dental expenses | $ | |
| Transportation (not including car payments) | $ | |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 40.00 |
| Charitable contributions | $ | 470.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | |
|     Life | $ | 234.00 |
|     Health | $ | |
|     Auto | $ | |
|     Other | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | $ | |
| (Specify) | | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | $ | |
|     Auto  *N/A* | | |
|     Other | $ | |
|     Other | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | —0— |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) *Exhibit B* | $ | |
| Other | $ | |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)     $ 10,000.00

*To be amended*

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.  *Monthly*

A. Total projected monthly income
B. Total projected monthly expenses          *estimate (Jan 4)*          $ 9,743.79
C. Excess income (A minus B)                                           $ 10,000.00
D. Total amount to be paid into plan each     *undetermined*            $ 256.21
                                                       (interval)
                                              *Monthly*

FORM B6 - Cont.

In re _A thea l  Pierce_
_____
         Debtor

Case No. _____
                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                                                                     (Total shown on summary page plus 1.)

Date _4-22-05_ _____

Signature: _(signature)_ _____
                                          Debtor

Date _____

Signature: _____ _N A_ _____
                                  (Joint Debtor, if any)

(If joint case, both spouses must sign.)

----------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER** (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

                                        Social Security No.
_____

_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer
                                    _____
                                          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110, 18 U.S.C. § 156.*

----------------------------------------

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date _____

Signature: _____

                                        (Print or type name of individual signing on behalf of debtor.)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.*
18 U.S.C. §§ 152 and 3571.

FORM 7

Form 7. STATEMENT OF FINANCIAL AFFAIRS

# United States Bankruptcy Court

DISTRICT OF _____

In re ___*Atheal Pierce*_____        Case No. _____
        Debtor                                           (If known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouse filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(30).

To distinguish Husband (H), Wife (W), Joint (J) or Community (C) precede the answer with appropriate symbol. Example: (H) $10,000.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 50,268.48 | *Tuskegee University* |
| 30,721.00 | *Business* |
| 15,380.00 | *Church (ministry)* |
| 10.00 | |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 10.00 | *Author Solutions (Book Royalties)* |
| *Reported Income* | *Havenwood Village Condominium Association, Inc.* |
| | *Havenwood Village Ave.* |

FORM 7

___

**None** ☐    **3. Payments to creditors**

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See document 11 attached

___

**None** ☐    b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Havenwood Village Condominium Association, Inc.

Havenwood Village, Inc.   Debts Payment to Charles W. Minus

___

**None** ☐    **4. Suits and administrative proceedings, executions, garnishments and attachments**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 1) Havenwood Village Condominium Association, Inc. v. Pierce | - Property Tree + Lights case | District Ct Montgomery AL | Active to collections |
| 2) " " | - Condominium Fees | Circuit Court Montgomery, AL 251 S. Lawrence St- Montgomery, AL 36104 | Active to collection |

___

**None** ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Unknown but for Havenwood Village Inc, " " Condominium Association, Inc. | Monthly from University year ago to Present | Money $ $17.93 |

FORM 7

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| N\A | | |

**6. Assignments and receiverships**

None ☐

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| N\A | | |

None ☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Montgomery County Circuit Clerk's office District Montgomery County Clerk's office | Clerk District Ct 11 Circuit Ct 251 S. Lawrence Street Montgomery, AL 36104 DV-03-80  CV-03-1814 DV-03-81 DV-03- | | Pierce Money Salary Pierce Money Salary |

**7. Gifts**

None ☐

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| See Exhibit No "B" | | | $ 5,640.00 Gift to churches |

FORM 7

---

None
☐

**8. Losses**  N|A

    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

None
☐

**9. Payments related to debt counseling or bankruptcy**  N|A

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

None
☐

**10. Other transfers**

    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR  N|A | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

None
☐

**11. Closed financial accounts**  N|A

    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

FORM 7

**None**
☐

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Alabama Exchange Bank . | | Safe keeping Contents coins etc | N A |

---

**None**
☐

**13. Setoffs**    N | A

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**None**
☐

**14. Property held for another person**    N | A

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**None**
☐

**15. Prior address of debtor**    N | a

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME(S) USED | DATES OF OCCUPANCY |
|---|---|---|

FORM 7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

16. Nature, location and name of business

None ☐

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|
| Havenwood Village Inc Havenwood Village Condominium Association, Inc 124 North Haardt Montgomery, AL 36105 | Corporation ″ to be amended | Active to date |

17. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

Self. Atheal Pierce
For Corporations; Tommy West, R., CPA 200 Commerce St, Montgomery, AL 36104
Hugh Nickson ; 200 Commerce St, Montgomery, AL 36104

None ☐

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

For the Corporation Havenwood - Tommy West
Hugh Nickson

None ☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

Self Atheal Pierce

FORM 7

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS            DATE ISSUED

Havenwood Corporations yearly

---

None ☐    18. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| Monthly | Self Atheal Pierce | UNKNOWN |

---

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

Last April    Terry West and Hugh Nickson (For Corporation)

---

None ☐    19. Current Partners, Officers, Directors and Shareholders

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Mr. Barry D. Ross 124 North Hardt Drive Mobile, AL 36105 | | |
| Atheal Pierce | 5% + Havenwood Village Corp. | 5% |

---

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Barry D. Ross Atheal Pierce | President Chief eo officer | 5% |

FORM 7

**20. Former partners, officers, directors and shareholders**

None ☐

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME      *N/A*           ADDRESS                 DATE OF WITHDRAWAL

None ☑

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                 TITLE                 DATE OF TERMINATION

*N/A*

**21. Withdrawals from a partnership or distributions by a corporation**

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *N/A* | | |

FORM 7-9

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ____4/22/05____          Signature _~~Esther Pierce~~_
                              of Debtor

Date _____             Signature _____
                              of Joint Debtor
                              (if any)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:
If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

_____
Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate a position or relationship to debtor.]*

_____ continuation sheets attached

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571

FORM B3, CONTINUED
(9/97)

*N/H*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF _____

Case No. _____

In re _____ , Chapter _____

Debtor

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

Date: _____

_____

*United States Bankruptcy Judge*

FORM B 203
(1/88)

### PROCEDURAL FORMS
#### Form No. B 203



## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT

_____MIDDLE_____ DISTRICT OF ___ALABAMA___

In re  ATHEAL PIERCE

Bankruptcy Case No. _____

Debtor

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .......................................................................... $_____

Prior to the filing of this statement I have received................................................................. $_____

Balance Due............................................................................................................................ $_____

2. The source of the compensation paid to me was:
   ☐ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☐ Debtor      ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my Law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____
Date

_____
Signature of Attorney

_____
Name of law firm

CREDITORS MATRIX/CREDITOR LIST:

Alabama Exchange Bank
P.O. Box 830728
Tuskegee, Alabama 36083

American General Financial Services
4447 Atlanta Highway
Montgomery, Alabama 36109

Capital One
P.O. Box 85015
Richmond, Virginia 23285

Citifinancial Corporation, LLC
P.O. Box 240365
Montgomery, Alabama 36124

Federal Retirement Thrift Investment Board
P.O. Box 60374
New Orleans, Louisiana 70160

Havenwood Village Condominium Association, Inc.
Mr. Barry Ross, Incorporator, 124 North Haardt Drive
Montgomery, Alabama 36105

Havenwood Village Condominium Association, Inc.
Ms. J. Sharpe, 5906 Havenwood Drive
Montgomery, Alabama 36117

Havenwood Village LLC
Andrew Logan etal., 977 Seminole Trail
Charlottesville VA 22901

Jeffcoat Surveyors, LLC
928 South Hull Street
Montgomery, Alabama 36105

Litton Loan Servicing, LP
4828 Loop Central Drive
Houston, TX 77061

Dorothy Riggns
424 Wiltshire Drive
Montgomery, Alabama 36117

Havenwood Village Condominium Association, Inc.
Ms. J. Sharpe, 5906 Havenwood Drive
Montgomery, Alabama 36117

Havenwood Village LLC
Andrew Logan etal., 977 Seminole Trail
Charlottesville VA 22901

Jeffcoat Surveyors, LLC
928 South Hull Street
Montgomery, Alabama 36105

Litton Loan Servicing, LP
4828 Loop Central Drive
Houston, TX 77061

Dorothy Riggns
424 Wiltshire Drive
Montgomery, Alabama 36117

Student Loan Corporation
P.O. Box 6615
The Lakes, NC 88901

Student Loan Corporation
P.O. Box 6615
The Lakes, NC 88901