**FILED**

FEB 1 4 2006

U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF Alabama (Montgomery)
BANKRUPTCY PETITION # 05-31205

EMERGENCY MOTION FOR **Complete RELIEF 9/12/05 to present**

TO:

Honorable Assigned Bankruptcy Judge Dwight H. Williams, Jr.:

COMES NOW ATHEAL PIERCE and files this motion requesting complete relief as a matter of law. In support of this motion Pierce would show as follows:

1. On or about the 12 day of September Pierce was before Judge Williams and said recording of the hearing would reveal that an agreement was reached between Judge Williams and Pierce involving Pierce's bankruptcy standing. See and hear CD of recorded hearing 9/12/2005.

2. Pierce asks that this honorable court and judge recall that James Walker filed a second petition and Pierce filed a third petition. The Judge removed *Walker and his petition and Pierce's third petition was reasserted in the request for a new filing dated and filed with the federal court system on 9/12/05.

3. The Bankruptcy Court was without jurisdiction to entertain any 180 day bar that was not before the Court. James Walker would have had to deal with that and McKinney

1

Attorney James Edward Walker, former attorney for Pierce was on the case and McKinney and Griggs did not bring a 180 day bar to the Judge or Court.  Judge Williams did not issue a 180 day bar or **9/12/05 which was the last day Pierce was official before the Judge and Court**.

and Griggs would not be able to make up such a thing, and it be supported by any official court hearing transcript, CD, and or court witness report.

4.    Pierce filed a timely notice of appeal on September 26, 2005, and the other required filings.

Pierce is sure that a timely notice of appeal was filed, because the Bankruptcy court clerk's office informed Pierce that the law and laws regarding appeals required strict compliance. Pierce knew to file an appeal within ten days of the mystery 180 bar Order.

   Wherefore Pierce seeks the following relief as a matter of law.

   1.    That this honorable Court and Judge retrieve a copy of the 9/12/05 CD of the hearing and recording of the hearing and move to deleted the fraud 180 bar day Order.

   2.    That this honorable Court and Judge retrieve a copy of Pierce's Request for dismissal with the reasserted new filing as the third petition.

3.    That this honorable Court and Judge retrieve a copy of the Clerk's deficiency notice, and you will discover that it is undated.

4.    That this honorable Court and Judge retrieve a copy of Pierce's notice of appeal and the Court and Judge will discover that somebody placed a second stamp on the notice of appeal and this occurred beyond the custody and control of Pierce.

5.    Pierce had inquired to the U.S. District Court about the appeal, and it was well settled that no appeal would come up in Atheal Pierce's name.  Further, the district court official stated that at that time, there were only two bankruptcy cases in the name Pierce and Atheal Pierce was not on appeal. Therefore, Pierce was again, advised to go directly to the bankruptcy court.  Somebody transmitted the appeal, but they got a different judge and this is what is causing all of this fraud, document tampering and pre-made out letters undated.

6.    Someone with roving authority or privilege caused the appeal of Pierce to be transmitted without the payment of fees.

7.    The roving person and the contact privilege of the rovers, made one mistake, the rover could not

3

control the drop box and in a rush the rovers did
not fix out who would be the federal district court
judge and when they discovered the assigned judge,
the rover resorted to do things that only a
privileged rover could do such as: stamping
documents, getting pre-made legal form orders and
pre-made legal form deficiency notices and causing
such thing to adversely affect the integrity of the
court and the rights of Pierce.  The drop box system
will walk the corruption down and the rest of the
story is history.  Judge Williams dealt with the
request for dismissal with an asserted new filing
which is the third petition of Pierce and he did not
deal with a 180 day bar on 9/12/05 and agreement was
reached before the open court with Judge Williams
presiding.

8.    Pierce's appeal documents were filed timely and only
a fool would have TWO stamps on the same document.

9.    What ever happened to the legal papers after they
left the custody and control of Pierce needs to be
referred to the federal justice department and
investigated by federal authority.  The drop box
resolves the fraud acts.

10. American General Finance Company lawyer and Sabrina McKinney would do better to try and win at the higher courts and not make a mockery of the bankruptcy purpose and function. Pierce paid for the CD's and Pierce was actually present at all proceedings.

11. Common sense would tell anybody that the 180 day bar is unsupported with truth and it is a fraud.

12. A mockery of the court is clear. Pierce remains under the third filing 9/12/05 and American General's lawyer told the judge that she had a motion and the Judge Williams said "that her request was not before the court" and the hearing ended. Pierce long ago purchased the hearings CD.

13. Document tampering may continue, dual document stamping may continue but the record evidence will show that Pierce efforts as to an appeal is consistent and on time.

14. Complete relief would include striking any premature acts of American General Finance Company that would adversely affect the bankruptcy assets of Pierce.

15. Pierce has disclosed the entire episode to the proper federal authorities for their review and investigation.

5

16. Never again should the bankruptcy court trust unauthorized for-profit lawyers to roam the clerk's office and do great and aimed to harm Pierce and the bankruptcy assets of Pierce.

17. Pierce asks for federal court protection and safe keeping of all assets of Pierce that were placed before the bankruptcy court.

Respectfully submitted,

Atheal Pierce
112 Knollwood Blvd.
Montgomery, Alabama 36117

## Certificate of service

A copy was mailed to Sabrina L. McKinney, P.O. Box 173, Montgomery, Al 36101 and Charles Parnell, P.O. Box 2189, Montgomery, Alabama 36102.

2/14/06

RUSH TO:  United States Federal Officials stationed at: Department of Justice, Washington DC. and Court Management at Washington DC.

*Pierce is asking all federal authorities to issue an alert and study what has happen to Pierce and Pierce's legal documents. We must ID the rover(s) and stop the mockery activity that has national implications on the integrity of the federal court system.

6