IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Case No. 05-31205-DHW

Atheal Pierce v. American General Finance Company

FILED
APR 07 2006
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

<u>Pierce's Response to Trustee's Motion Filed April 3, 2006</u>

Pierce disagrees with the Trustee and states as follow:
1.
Fraud is clear.  Judge, when do we come back before you and resolve the conditional lifting of stay finality?
2.
Fraud is clear.  Judge, after applying my accounting and accounts payable, it was discovered that Pierce does not owe American General Finance Company.
3.
Fraud is clear.  Judge, Pierce filed notice with American General Finance and asserted that the books were cooked and asked for a hearing pursuant to contract.  Via certified mail and fax.
4.
Fraud is clear.  Judge, Pierce informed the Court that he owns Havenwood Village, Inc., Havenwood Village Condominium Association, Inc., and real property and shares by percentage. Pierce owns 5% of unit 5901.
5.
Fraud is clear.  Document filed August 1, 2005 contesting American General Finance Company's claims was **mysteriously** docketed August 2, 2005, when it was timely filed August 1, 2005.
6.
Fraud is clear.  Judge, since Pierce satisfied the terms of the conditional lifting of stay in this case, a judicial directive is needed before any action may be lawfully taken to adversely affect the assets of Pierce.
7.
Fraud is clear.  Pierce certainly asked the court to recognize the third filing on 9/12/05/.
8.

Fraud is clear. There was no absolute lifting of the bankruptcy protection; a finality directive is due to be issued only after due process hearing.

9.
Fraud is clear. American General Finance Company obviously got the court to bypass the procedural safeguards involving due process addressing lifting of a stay provisionally; the fox can not watch the hen house.

10.
Fraud is clear. The big wigs, movers, and shakers are asked to recognize that Pierce and American General would need a finality hearing addressing compliance with the directives involving Pierce's obligation with American General.

   Wherefore, Pierce comes humbly complaining and ask that the Court recognize the law, make note of who is filing and grant Pierce relief as a matter of law. Pierce seeks relief and reinstatement under the circumstances.

Respectfully submitted  *(signature)*
112 Knollwood Blvd., Montgomery, Alabama 36117


## CERTIFICATE of Mailing

A copy of this Motion was mailed to all interested this _7th_ day of April 2006.

Mr. Charles Parnell, P.O. Box 2189, Montgomery, Al 36102.
Charles Parnell, P.O. Box 2189, Montgomery, Alabama 36102.
American General Finance, 4447 Atlanta Highway, Montgomery, Al 36109.
A.P. *(signature)*

When a party complies with the directives of the court then when does the court get involved to ascertain the truth? The judge and court must preside.