UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 05-31205-DHW
                                                Chapter 13
ATHEAL PIERCE,

       Debtor.


ORDER DENYING DEBTOR'S MOTION TO REINSTATE CASE

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED that the debtor's motion to reinstate this chapter 13 case is DENIED.

Done this 17th day of April, 2006.

                              /s/ Dwight H. Williams, Jr.
                              United States Bankruptcy Judge

c: Debtor
   Britt Batson Griggs, Attorney for American General
   Curtis C. Reding, Trustee
   Dorothy P. Riggins, Creditor