Official Form 17
(12/02)

# United States Bankruptcy Court

Middle District Of Alabama

RECEIVED
2006 APR 21 P 10: 55

[ILLEGIBLE] CLK
[ILLEGIBLE] COURT
[ILLEGIBLE] ALA

FILED
APR 21 2006
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

In re Atheal Pierce
      Debtor
vs
American General Finance Co.

Case No 05 31205

Chapter 13

*[Caption as in Form 16A, 16B, 16C, or 16D, as appropriate]*

## NOTICE OF APPEAL And Stay of all proceedings

Atheal Pierce Appellant, the plaintiff [*or* defendant *or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the 11th thru present day of April 2006.
                                                              (month)    (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Mr. Charles Parnell
Attorney for Amer. Gen. Fin.
P.O. Box 2189
Montgomery, AL 36102

Clerk of Bankruptcy Court
M.D. of Ala
15 Lee Street
Montgomery, AL 36104

Mr. Barry D. Ross
Havenwood Village, Inc.
H.V. Condo. Assn, Inc.
124 N. Haardt St.
Montgomery, AL 36105

Dated: April 21, 2006

Signed: Atheal Pierce
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _____

Address: 112 Knollwood Blvd.
Montgomery, Alabama 36117

Telephone No: 334 215-7525

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

c: all interested parties