UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:
Atheal Pierce                                                       Case No.05-31205-DHW
    Debtor                                                      Chapter 13

**NOTICE OF DEFICIENCY AND DEADLINE TO FILE DESIGNATION OF RECORD**

    Notice is hereby given to the Appellant that the Notice of Appeal filed in the above referenced case on April 21, 2006 (Doc. 106) is deficient for the following reason(s):

- The notice is not accompanied with the full filing fee of $255. The balance is due and payable immediately.

    Notice is also hereby given that the Appellant is required to file and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented within 10 days of the filing of the Notice of Appeal. It must list specifically the documents to be transmitted to District Court and a Statement of the Issues to be presented.

Richard S. Oda
Clerk of Court