

1texctdec



In The U.S. Bankruptcy Court
Middle District of Alabama

District Court Number:    05-01014 Cv-T-N
Correct Case Style:    Atheal Pierce v. American General Finance Company    SECOND APPEAL
Appeal Number:    06-11430-c    US CA 11th Circuit

Appellant's Motion To Proceed without The Pre Payment Of Fees

    Appellant offers the Bankruptcy Case Files as the basis for this motion. Wherefore Pierce move this court to grant Pierce the permission to proceed on appeal. Done this 1st day of May, 2006.

Atheal Pierce
112 Knollwood Blvd.
Montgomery, Alabama 36117


Certificate of mailing

    A copy was mailed to American General Finance Company lawyer at P.O. Box 2189, Montgomery, Alabama 36102.
Ms. Sabrina mcKinney, P.O. Box 173, Montgomery, Alabama 36101.


copy to Ms. Holloway


Page 1