180BAR, DISMISSED, APPEAL, FeeDueOTH

# U.S. Bankruptcy Court
## Middle District of Alabama (Montgomery)
### Bankruptcy Petition #: 05-31205

*Assigned to:* Dwight H. Williams Jr.
Chapter 13
Voluntary
Asset

*Date Filed:* 04/26/2005
*Date Reopened:* 01/24/2006
*Date Dismissed:* 09/15/2005

**Atheal Pierce**
112 Norwood Blvd.
Montgomery, AL 36117
334-215-7525
SSN: xxx-xx-2858
*Debtor*

represented by **Atheal Pierce**
PRO SE

**James Edward Walker, III**
Shinbaum, Abell, McLeod & Vann
566 S. Perry St.
P.O. Box 201
Montgomery, AL 36101-0201
334 262-2346
Email: james.walker@samvpc.com
*TERMINATED: 08/15/2005*

**Bankruptcy Administrator**
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104
*Bankruptcy Admin.*

**Curtis C. Reding**
P. O. Box 173
Montgomery, AL 36101
334 262-8371
*Trustee*

represented by **Sabrina L. McKinney**
P. O. Box 173
Montgomery, AL 36101
334-262-8371
Fax : 334-834-7635
Email: mckinneys@ch13mdal.com

| Filing Date | # | Docket Text |
|---|---|---|
| 04/26/2005 | 1 | Chapter 13 Voluntary Petition. Receipt Number 05000995, Fee Amount $50.00. Filed by Atheal Pierce . (JI, ) Modified on 4/26/2005 (JI, ). (Entered: 04/26/2005) |
| 04/27/2005 | 2 | First Meeting of Creditors, Trustee and Deadlines Assigned. Section 341(a) Meeting of Creditors to be held 05/26/2005 at 01:30 PM in 341 Meeting of Creditors (4E), U.S. Bankruptcy Court, One Church Street, Montgomery, AL. Confirmation hearing to be held 06/27/2005 |

| | | |
|---|---|---|
| | | at 09:30 AM in Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. The Trustee appointed to this case is Curtis C. Reding. Deadline to file Proofs of Claim is 08/26/2005. (Entered: 04/27/2005) |
| 04/27/2005 | 3 | Clerk's Notice on the following Deficiency(s): MISSING SUMMARY OF SCHEDULES & CHAPTER 13 PLAN. (RE: related document(s)1 Voluntary Petition (Chapter 13)). Incomplete Filings due by 5/12/2005. (CBS, ) (Entered: 04/27/2005) |
| 04/27/2005 | 4 | Application to Pay Filing Fee in Installments. Filed by Atheal Pierce. (JT, ) (Entered: 04/27/2005) |
| 04/27/2005 | 5 | Order Approving Payment of Filing Fee Installments (Certificate of Service will be filed within 5 days) Entered On 4/27/2005. Final Installment Payment due by 8/25/2005. (JT, ) (Entered: 04/27/2005) |
| 04/29/2005 | 6 | BNC Certificate of Service - Meeting of Creditors - (RE: related document(s)2 Auto Assign Meeting of Creditors-Ch 13, ). No. of Notices: 13. Service Date 04/29/2005. (Admin.) (Entered: 04/30/2005) |
| 04/29/2005 | 7 | BNC Certificate of Service - See Image Attached - (RE: related document(s)3 Clerk's Notice of Deficiency). No. of Notices: 3. Service Date 04/29/2005. (Admin.) (Entered: 04/30/2005) |
| 04/29/2005 | 8 | BNC Certificate of Service - Order Approving Payment of Filing Fee Installments - (RE: related document(s)5 Order Approving Payment of Filing Fee Installments). No. of Notices: 1. Service Date 04/29/2005. (Admin.) (Entered: 04/30/2005) |
| 05/12/2005 | 9 | Summary of Schedules Filed by Atheal Pierce. (YP, ) (Entered: 05/13/2005) |
| 05/12/2005 | 10 | Chapter 13 Plan. The Plan will be noticed by the clerk's office and the certificate of service will be filed within 5 working days. Filed by Atheal Pierce. (YP, ) (Entered: 05/13/2005) |
| 05/15/2005 | 11 | BNC Certificate of Service - Chapter 13 Plan - (RE: related document (s)10 Chapter 13 Plan). No. of Notices: 13. Service Date 05/15/2005. (Admin.) (Entered: 05/16/2005) |
| 05/17/2005 | 12 | Notice of Appearance and Request for Notice Filed by Leonard-PP N. Math on behalf of Havenwood Village Condominium Association, Inc.. (Math, Leonard-PP) (Entered: 05/17/2005) |
| 06/01/2005 | 13 | Proceeding Memo - Continuance. (Non-Image Entry) Filed by |

| | | |
|---|---|---|
| | | Trustee Curtis C. Reding (RE: related document(s)2 Auto Assign Meeting of Creditors-Ch 13, ). Section 341(a) Meeting of Creditors to be held on 6/9/2005 at 01:30PM at 341 Meeting of Creditors (4E), U.S. Bankruptcy Court, One Church Street, Montgomery, AL. Confirmation hearing to be held on 7/11/2005 at 09:30 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (Reding, Curtis-MM) (Entered: 06/01/2005) |
| 06/09/2005 | 14 | Emergency Motion to Extend Time *The Time To File Plan By Several Days For Good And Just Cause* Filed by Atheal Pierce. (JT, ) (Entered: 06/09/2005) |
| 06/10/2005 | 15 | Proceeding Memo - Hearing Held (Non-Image Entry) Filed by Trustee Curtis C. Reding (RE: related document(s)[13] Proceeding Memo, filed by Trustee Curtis C. Reding). (Reding, Curtis-MM) (Entered: 06/10/2005) |
| 06/10/2005 | 16 | Notice of Hearing Set (RE: related document(s)14 Motion to Extend Time To File Plan By Several Days For Good And Just Cause Filed by Atheal Pierce. Hearing scheduled for 6/20/2005 at 09:15 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JV, ) (Entered: 06/10/2005) |
| 06/12/2005 | 17 | BNC Certificate of Service - Hearing - (RE: related document(s)16 Hearing (Bk), Hearing (Bk)). No. of Notices: 1. Service Date 06/12/2005. (Admin.) (Entered: 06/13/2005) |
| 06/15/2005 | 18 | Motion for Relief from Stay *for American General Finance.* Fee Amount $150. Filed by Charles-GH Parnell on behalf of c/o Parnell & Crum American General Finance. Responses due by 8/1/2005. (Parnell, Charles-GH) (Entered: 06/15/2005) |
| 06/15/2005 | 19 | Receipt of Motion for Relief From Stay(05-31205) [motion,mrlfsty] ( 150.00) filing fee. Receipt number 1431655, amount $ 150.00. (U.S. Treasury) (Entered: 06/15/2005) |
| 06/22/2005 | 20 | Order Dismissing Motion to Extend Time To File Plan (Related Doc # 14) Entered On 6/22/2005. (JT, ) (Entered: 06/22/2005) |
| 06/24/2005 | 21 | Receipt of Final Installment Payment. Receipt Number 5001487, Fee Amount $144.00. (Non-Image Entry) (RE: related document(s)5 Order Approving Payment of Filing Fee Installments). (EW, ) (Entered: 06/24/2005) |
| 06/24/2005 | 22 | BNC Certificate of Service - See Image Attached - (RE: related document(s)20 Order on Motion to Extend Time). No. of Notices: 1. Service Date 06/24/2005. (Admin.) (Entered: 06/25/2005) |

| | | |
|---|---|---|
| 06/28/2005 | 23 | Withdrawal of Claim Number(s) 7. Filed by Leonard-PP N. Math on behalf of Atheal Pierce. (Becker, Elizabeth) (Entered: 06/28/2005) |
| 07/08/2005 | 24 | Amended Petition & Schedules. *amended schedules and all schedules* Filed by James Edward Walker on behalf of Atheal Pierce (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Atheal Pierce). (Attachments: # 1 expenses of washhouse) (Walker, James) Modified text to add petition on 7/8/2005 (JT, ). (Entered: 07/08/2005) |
| 07/08/2005 | 25 | Chapter 13 Plan. The Plan will be noticed by the clerk's office and the certificate of service will be filed within 5 working days. Filed by James Edward Walker on behalf of Atheal Pierce. (Walker, James) (Entered: 07/08/2005) |
| 07/08/2005 | 26 | Declaration re: Electronic Filing Filed by James Edward Walker on behalf of Atheal Pierce (RE: related document(s)24 Amended Schedules (No Fee), Amended Schedules (No Fee) filed by Debtor Atheal Pierce, 25 Chapter 13 Plan filed by Debtor Atheal Pierce). (Walker, James) (Entered: 07/08/2005) |
| 07/08/2005 | 27 | James Edward Walker is to pay the outstanding $26.00 regarding Clerk's Notice of Fees Due for Modifying Schedules D/E/F or List of Creditors. Please pay this electronically via CM/ECF. Select, under the Miscellaneous Menu, Payment on Clerk's Notice of Fees Due for Modifying Schedules D/E/F or List of Creditors. (RE: related document(s)24 Amended Schedules (No Fee), Amended Schedules (No Fee)). (JT, ) (Entered: 07/08/2005) |
| 07/08/2005 | 28 | Notice of Submission Error requiring refiling.The Original Plan Was Filed And Served By The Court In Docket Entry's [10 & 11. You Will Need To Serve This Plan, Refile>Bankruptcy>Plan>Amended Plan. Please refile using the correct ECF docket event or corrected document within 7 days or your pleading may be dismissed. (RE: related document(s)25 Chapter 13 Plan). Incomplete Filings due by 7/15/2005. (JT, ) . (Entered: 07/08/2005) |
| 07/11/2005 | 29 | Amended/Modified Chapter 13 Plan Filed by James Edward Walker on behalf of Atheal Pierce (RE: related document(s)[28] Notice of Submission Error/Refiling, ). (Walker, James) (Entered: 07/11/2005) |
| 07/11/2005 | 30 | Payment of fee amount $26 for Clerk's Notice of Fees Due for Modifying Schedules D/E/F or List of Creditors Filed by James Edward Walker on behalf of Atheal Pierce. (Walker, James) (Entered: 07/11/2005) |
| 07/11/2005 | 31 | Receipt of Payment on Clerk's Notice of Fees Due for Modifying Schedules D/E/F or List of Creditors(05-31205) [misc,mserv] ( 26.00) |

| Date | Doc # | Description |
|---|---|---|
| | | filing fee. Receipt number 1460966, amount $ 26.00. (U.S. Treasury) (Entered: 07/11/2005) |
| 07/11/2005 | 32 | Notice of Appearance and Request for Notice Filed by James Edward Walker on behalf of Atheal Pierce. (Attachments: # 1 matrix) (Walker, James) (Entered: 07/11/2005) |
| 07/11/2005 | 33 | Notice of Appearance and Request for Notice (B). (Walker, James) (Entered: 07/11/2005) |
| 07/12/2005 | | Notice is hereby given that all matters set for hearing before Hon. Dwight H. Williams, Jr. at the United States Courthouse in Montgomery, AL on July 11, 2005 have been continued to August 1, 2005 at the same times and location as originally scheduled.. (YP, ) (Entered: 07/12/2005) |
| 07/12/2005 | 34 | Notice of Rescheduled Confirmation Hearing (RE: related document(s)[13] Proceeding Memo,, 2 Auto Assign Meeting of Creditors-Ch 13, ). Confirmation hearing to be held on 8/1/2005 at 09:30 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (YP, ) (Entered: 07/12/2005) |
| 07/13/2005 | 35 | Amended/Modified Chapter 13 Plan Filed by Debtor Atheal Pierce on behalf of Atheal Pierce (RE: related document(s)29 Amended/Modified Chapter 13 Plan filed by Debtor Atheal Pierce). (JT, ) Modified text to show debtor as filer not attorney James Walker on 7/13/2005 (JT, ). (Entered: 07/13/2005) |
| 07/13/2005 | 36 | Amended Petition, Summary Of Schedules, Schedules & Declaration, Statement Of Financial Affairs And Attorney's Disclosure Statement & Matrix Filed by Atheal Pierce, Debtor (RE: related document(s)24 Amended Petition & Schedules filed by Athel Pierce). (JT, ) Modified text to show filed by Athel Pierce not James Walker on 8/25/2005 (JT, ). (Entered: 07/13/2005) |
| 07/13/2005 | 37 | Atheal Pierce, debtor is to pay the outstanding $26.00 regarding Clerk's Notice of Fees Due for Modifying Schedules D/E/F or List of Creditors. Please pay this electronically via CM/ECF. Select, under the Miscellaneous Menu, Payment on Clerk's Notice of Fees Due for Modifying Schedules D/E/F or List of Creditors. Receipt #5001622 Fee Amount $26.00. (RE: related document(s)36 Amended Petition & Schedules (Creditors were deleted and added). (JT, ) Modified receipt on 7/19/2005 (CBM, ). (Entered: 07/13/2005) |
| 07/14/2005 | 38 | Motion to Withdraw as Attorney Filed by James Edward Walker on behalf of Atheal Pierce. (Attachments: # 1 matrix) (Walker, James) (Entered: 07/14/2005) |

| | | |
|---|---|---|
| 07/14/2005 | 39 | BNC Certificate of Service - Hearing - (RE: related document(s)34 Confirmation Hearing Rescheduled, ). No. of Notices: 21. Service Date 07/14/2005. (Admin.) (Entered: 07/15/2005) |
| 07/15/2005 | 40 | Motion to Set Hearing Filed by Britt-AM Griggs on behalf of c/o Parnell & Crum American General Finance (RE: related document(s) 18 Motion for Relief From Stay filed by Creditor c/o Parnell & Crum American General Finance). (Griggs, Britt-AM) (Entered: 07/15/2005) |
| 07/15/2005 | 41 | Notice of Hearing Set (RE: related document(s)38 Motion to Withdraw as Attorney. Hearing scheduled for 8/8/2005 at 09:15 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JV, ) (Entered: 07/15/2005) |
| 07/17/2005 | 42 | BNC Certificate of Service - Hearing - (RE: related document(s)41 Hearing (Bk)). No. of Notices: 2. Service Date 07/17/2005. (Admin.) (Entered: 07/18/2005) |
| 07/18/2005 | 43 | Notice of Hearing Set (RE: related document(s)18 Motion for Relief From Stay, 40 Motion to Set Hearing). Hearing scheduled for 8/8/2005 at 09:15 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JC, ) (Entered: 07/18/2005) |
| 07/20/2005 | 44 | BNC Certificate of Service - Hearing - (RE: related document(s)43 Hearing (Bk)). No. of Notices: 5. Service Date 07/20/2005. (Admin.) (Entered: 07/21/2005) |
| 08/02/2005 | 45 | Objection To Motion To Lift Stay Filed by Atheal Pierce (RE: related document(s)18 Motion for Relief From Stay filed by Creditor c/o Parnell & Crum American General Finance). (JT, ) (Entered: 08/02/2005) |
| 08/02/2005 | 46 | Objection To Motion For Relief From Stay Filed by Atheal Pierce (RE: related document(s)18 Motion for Relief From Stay filed by Creditor c/o Parnell & Crum American General Finance). (JT, ) (Entered: 08/02/2005) |
| 08/02/2005 | 47 | RESCHEDULED Meeting of Creditors Chapter 13 and Notice of Confirmation Hearing (Non-Image Entry) Section 341(a) Meeting of Creditors to be held on 8/25/2005 at 01:30PM at 341 Meeting of Creditors (4E), U.S. Bankruptcy Court, One Church Street, Montgomery, AL. Proofs of Claims due by 11/23/2005. Confirmation hearing to be held on 9/19/2005 at 09:30 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JV, ) (Entered: 08/02/2005) |

| | | |
|---|---|---|
| 08/04/2005 | 48 | Order Rescheduling Meeting Of Creditors/Order Continuing Confirmation Hearing Hearing Entered On 8/4/2005 (RE: related document(s)34 Confirmation Hearing Rescheduled, ). Section 341(a) Meeting of Creditors to be held on 8/25/2005 at 01:30PM at 341 Meeting of Creditors (4E), U.S. Bankruptcy Court, One Church Street, Montgomery, AL. Confirmation hearing to be held on 9/19/2005 at 09:30 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JT, ) (Entered: 08/04/2005) |
| 08/04/2005 | 49 | BNC Certificate of Service - Meeting of Creditors - (RE: related document(s)47 Mtg of Creditors Chapter 13 and Notice of Confirmation Hrg, ). No. of Notices: 23. Service Date 08/04/2005. (Admin.) (Entered: 08/05/2005) |
| 08/06/2005 | 50 | BNC Certificate of Service - See Image Attached - (RE: related document(s)48 Order to Continue/Reschedule Hearing, ). No. of Notices: 19. Service Date 08/06/2005. (Admin.) (Entered: 08/07/2005) |
| 08/15/2005 | 51 | Order Granting Motion To Withdraw As Attorney (James E. Walker, III) (Related Doc # 38) Entered On 8/15/2005. (JT, ) (Entered: 08/15/2005) |
| 08/15/2005 | 52 | Order Conditionally Granting Motion For Relief From Stay (Related Doc # 18) Entered On 8/15/2005. (JT, ) (Entered: 08/15/2005) |
| 08/17/2005 | 53 | BNC Certificate of Service - See Image Attached - (RE: related document(s)51 Order on Motion to Withdraw as Attorney). No. of Notices: 2. Service Date 08/17/2005. (Admin.) (Entered: 08/18/2005) |
| 08/17/2005 | 54 | BNC Certificate of Service - See Image Attached - (RE: related document(s)52 Order on Motion For Relief From Stay). No. of Notices: 2. Service Date 08/17/2005. (Admin.) (Entered: 08/18/2005) |
| 08/25/2005 | 55 | Motion to Reconsider *Order Conditionally Granting Motion For Relief From Stay Re: Document(s) 52* Filed by Atheal Pierce. (JT, ) (Entered: 08/25/2005) |
| 08/26/2005 | 56 | Proceeding Memo - Hearing Held (Non-Image Entry) Filed by Trustee Curtis C. Reding (RE: related document(s)47 Mtg of Creditors Chapter 13 and Notice of Confirmation Hrg,, 48 Order to Continue/Reschedule Hearing, ). (Reding, Curtis-MM) (Entered: 08/26/2005) |
| 08/26/2005 | 57 | Notice of Hearing Set (RE: related document(s)55 Motion to Reconsider Order Conditionally Granting Motion For Relief From |

| | | |
|---|---|---|
| | | Stay Re: Document(s) 52 Filed by Atheal Pierce. (JT). Hearing scheduled for 9/12/2005 at 09:15 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JV, ) (Entered: 08/26/2005) |
| 08/28/2005 | 58 | BNC Certificate of Service - Hearing - (RE: related document(s)57 Hearing (Bk), Hearing (Bk)). No. of Notices: 3. Service Date 08/28/2005. (Admin.) (Entered: 08/29/2005) |
| 09/07/2005 | 59 | Notice *Of Payments To American General Re: related document(s) 52, 55.* Filed by Paul Pogue. (JT, ) (Entered: 09/07/2005) |
| 09/08/2005 | 60 | Motion to Dismiss Case *Motion to Dismiss Requesting 180-Day Bar Against Refiling* Filed by Britt-AM Griggs on behalf of c/o Parnell & Crum American General Finance. (Griggs, Britt-AM) Modified text to unterm motion on 9/22/2005 (JT, ). (Entered: 09/08/2005) |
| 09/09/2005 | 61 | Notice of Hearing Set (RE: related document(s)60 Motion to Dismiss Case Requesting 180-Day Bar Against Refiling Filed by Britt-AM Griggs on behalf of c/o Parnell & Crum American General Finance.. Hearing scheduled for 9/19/2005 at 09:15 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JV, ) (Entered: 09/09/2005) |
| 09/11/2005 | 62 | BNC Certificate of Service - Hearing - (RE: related document(s)61 Hearing (Bk), Hearing (Bk)). No. of Notices: 3. Service Date 09/11/2005. (Admin.) (Entered: 09/12/2005) |
| 09/12/2005 | 63 | Notice *Of Request For Dismissal By Debtor* Filed by Atheal Pierce. (JT, ) (Entered: 09/12/2005) |
| 09/12/2005 | 64 | Notice of Submission Error requiring refiling. (Document Filed As Notice Of Request For Dismissal By Debtor. Refile Document Styled As Debtor's Voluntary Motion To Dismiss Chapter 13 Case) Please refile using the correct ECF docket event or corrected document within 7 days or your pleading may be dismissed. (RE: related document(s)63 Notice). Incomplete Filings due by 9/19/2005. (JT, ) Document manually mailed to debtor 9/19/2005. (Entered: 09/12/2005) |
| 09/12/2005 | 65 | Trustee's Objection to Confirmation of Chapter 13 Plan. (Reding, Curtis-QS) (Entered: 09/12/2005) |
| 09/15/2005 | 66 | Order Dismissing Bankruptcy Case; Order Prohibiting Debtor From Refiling Another Bankruptcy Case for 180 Days Case Entered On 9/15/2005 (RE: related document(s)55 Motion to Reconsider filed by Debtor Atheal Pierce, 63 Notice filed by Debtor Atheal Pierce, 60 |

| | | |
|---|---|---|
| | | Motion to Dismiss Case filed by Creditor c/o Parnell & Crum American General Finance). (YP, ) (Entered: 09/15/2005) |
| 09/15/2005 | | Other Deadlines Updated (Non-Image Entry) (RE: related document(s)66 Order Dismissing Case, ). 180 Day Bar Against Refiling Another Case ends on 3/15/2006. (YP, ) (Entered: 09/15/2005) |
| 09/17/2005 | 67 | BNC Certificate of Service - See Image Attached - (RE: related document(s)66 Order Dismissing Case, ). No. of Notices: 21. Service Date 09/17/2005. (Admin.) (Entered: 09/18/2005) |
| 09/22/2005 | 68 | Order Dismissing Motion to Dismiss Case As Moot (Related Doc # 60) Entered On 9/22/2005. (JT, ) . (Entered: 09/22/2005) |
| 09/22/2005 | 69 | Order Dismissing Objection To Confirmation As Moot Entered On 9/22/2005 (RE: related document(s)65 Trustee's Objection to Confirmation of Plan). (JT, ) (Entered: 09/22/2005) |
| 09/24/2005 | 70 | BNC Certificate of Service - See Image Attached - (RE: related document(s)68 Order on Motion to Dismiss Case). No. of Notices: 2. Service Date 09/24/2005. (Admin.) (Entered: 09/25/2005) |
| 09/24/2005 | 71 | BNC Certificate of Service - See Image Attached - (RE: related document(s)69 Order on Objection). No. of Notices: 1. Service Date 09/24/2005. (Admin.) (Entered: 09/25/2005) |
| 09/28/2005 | 72 | Final Report and Final Account of Ch 13 Trustee (Payments to Creditors). (Reding, Curtis-EC) (Entered: 09/28/2005) |
| 09/28/2005 | 73 | Notice of Appeal. Receipt Number 5002688 Fee Amount $255.00. Filed by Atheal Pierce (RE: related document(s)66 Order Dismissing Case, ). Appellant Designation due by 10/11/2005. Transmission of Designation Due by 10/18/2005. (YP, ) . Modified on 11/10/2005 (JI, ). (Entered: 09/28/2005) |
| 09/28/2005 | 74 | Notice /Clerk's Notice on the following deficiency(s): (RE: related document(s) 73 Filed by. (YP, ) (Entered: 09/28/2005) |
| 09/29/2005 | 75 | Certificate of Service Filed by Douglas F. Young (RE: related document(s)74 Notice). (DY, ) (Entered: 09/29/2005) |
| 10/05/2005 | 76 | Transfer of Claim. Transfer Agreement 3001 (e) 2 Transferors:Citibank N.A.(Claim No.6, Amount 73989.35) To United Studnet Aid Funds Filed by United Student Aid Funds, Inc.. (EW, ) (Entered: 10/05/2005) |
| 10/12/2005 | 77 | Designation of Record and Statement of Issues on Appeal, Filed by |

| | | |
|---|---|---|
| | | Atheal Pierce (RE: related document(s)73 Notice of Appeal filed by Debtor Atheal Pierce, 74 Notice). (JT, ) (Entered: 10/12/2005) |
| 10/12/2005 | 78 | Request for Transcript re: Appeal Filed by Atheal Pierce. Transcript Due by 11/14/2005. (JT, ) (Entered: 10/12/2005) |
| 10/20/2005 | 79 | Trustee's Motion to Dismiss Appeal Filed by Sabrina L. McKinney on behalf of Curtis C. Reding. (McKinney, Sabrina) Modified on 10/20/2005 (DY, ). (Entered: 10/20/2005) |
| 10/20/2005 | 80 | Appellee Designation of Contents for Inclusion in Record and Issues On Appeal Filed by Sabrina L. McKinney on behalf of Curtis C. Reding (RE: related document(s)77 Designation of Record and Statement of Issues on Appeal filed by Debtor Atheal Pierce, 73 Notice of Appeal filed by Debtor Atheal Pierce). (McKinney, Sabrina) (Entered: 10/20/2005) |
| 10/21/2005 | 81 | Transmittal of Record on Appeal to U.S. District Court Filed by Atheal Pierce (RE: related document(s)73 Notice of Appeal filed by Debtor Atheal Pierce). (JT, )Case no. assigned by U.S. District Court 2:05CV1014T Modified text to add case number on 10/24/2005 (JT, ). (Entered: 10/21/2005) |
| 11/10/2005 | 82 | Receipt of Appeal Filing Fee - $255.00 by JI. Receipt Number (admin) (Entered: 11/10/2005) |
| 11/30/2005 | 83 | Transcript: August 8, 2005 and September 12, 2005 Hearings (fee paid for transcripts) Re: Appeal (DH, ) Modified text on 2/16/2006 (YP, ). (Entered: 11/30/2005) |
| 01/09/2006 | 84 | OPINION By District Court Judge Myron H. Thompson, Re: Appeal on Civil Action Number: 2:05cv1014-T, (Non-Image Entry) Entered On 1/9/2006 (RE: related document(s)73 Notice of Appeal, filed by Debtor Atheal Pierce). (YP, ) (Entered: 01/09/2006) |
| 01/09/2006 | 85 | Final Order/JUDGMENT By District Court Judge Myron H. Thompson, Re: Appeal on Civil Action Number: 2:05cv1014-T, Judgment (Non-Image Entry) Entered On 1/9/2006 (RE: related document(s)73 Notice of Appeal, filed by Debtor Atheal Pierce). (YP, ) (Entered: 01/09/2006) |
| 01/09/2006 | 86 | Order Discharging Standing Trustee,Releasing Bond Liability and Closing Case: It appearing to the Court that the trustee in this case has performed all of the duties required of him in the administration of this case; that he has made distribution by order of this Court, and has rendered a full and complete account thereof, and no adverse interest being represented; It is therefore ORDERED that the Ch 12/13 trustee |

|  |  |  |
|---|---|---|
|  |  | be discharged and relieved of his trust, and that he and the sureties on this bond be released from further liability thereunder; It is further Ordered that this case be, and the same is hereby CLOSED. U.S. Bankruptcy Judge (Non-Image Entry). (JT, ) (Entered: 01/09/2006) |
| 01/09/2006 | 87 | Bankruptcy Case Closed (Non-Image Entry). (JT, ) (Entered: 01/09/2006) |
| 01/24/2006 | 88 | Order Reopening Case (Administrative Error) Entered On 1/24/2006 (RE: related document(s)[86] Order Discharging Standing Trustee, Releasing Bond Liability and Closing Case,,, [87] Close Bankruptcy Case). Reopen Case Review/Closing due by 3/24/2006. (YP, ) (Entered: 01/24/2006) |
| 01/24/2006 | 89 | Emergency Motion *To Correct The Clerk's Record* Filed by Atheal Pierce (RE: related document(s)77 Designation of Record and Statement of Issues on Appeal filed by Debtor Atheal Pierce, 73 Notice of Appeal, filed by Debtor Atheal Pierce, 78 Request for Transcript re: Appeal filed by Debtor Atheal Pierce, 46 Objection filed by Debtor Atheal Pierce). (YP, ) (Entered: 01/24/2006) |
| 01/24/2006 | 90 | Order Transmitting Motion To District Court (Related Doc # 89) Entered On 1/24/2006. (JT, ) (Entered: 01/24/2006) |
| 01/26/2006 | 91 | BNC Certificate of Service - See Image Attached - (RE: related document(s)90 Order). No. of Notices: 1. Service Date 01/26/2006. (Admin.) (Entered: 01/27/2006) |
| 02/14/2006 | 92 | Emergency Motion *For Complete Relief 9/12/05 To Present* Filed by Atheal Pierce. (JT, ) Additional attachment(s) added, Order Dismissing Bankruptcy Case, Order Prohibiting Debtor From Refiling Another Bankruptcy Case For 180 Days dated September 15, 2005 Added on 2/14/2006 (JT, ). (Entered: 02/14/2006) |
| 02/14/2006 | 93 | Order Transmitting Motion To District Court Entered On 2/14/2006 (RE: related document(s)92 Emergency Motion For Complete Relief 9/12/05 To Present filed by Debtor Atheal Pierce). (JT, ) (Entered: 02/14/2006) |
| 02/16/2006 | 94 | BNC Certificate of Service - See Image Attached - (RE: related document(s)93 Order). No. of Notices: 1. Service Date 02/16/2006. (Admin.) (Entered: 02/17/2006) |
| 02/21/2006 | 95 | Opinion and Judgment By District Court Judge Myron Thompson Affirming Appealed Order of Bankruptcy Court. Civil Action Number: 05-cv-1014 (Non-Image Entry) Entered On 2/21/2006 (RE: related document(s)73 Notice of Appeal, filed by Debtor Atheal |

| | | |
|---|---|---|
| | | Pierce). (DY, ) (Entered: 03/06/2006) |
| 03/27/2006 | 96 | Motion to Reinstate Case Filed by Atheal Pierce. (JT, ) (Entered: 03/28/2006) |
| 03/28/2006 | | Case could not be closed because Motion To Reinstate Case Filed 3/27/2006.. Close Case Follow Up Review due on 4/27/2006. (JT, ) (Entered: 03/28/2006) |
| 03/28/2006 | 97 | Notice of Hearing Set (RE: related document(s)96 Motion to Reinstate Case). Hearing scheduled for 4/10/2006 at 09:15 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JC, ) (Entered: 03/28/2006) |
| 03/29/2006 | 98 | Certificate of Service Filed by Douglas F. Young (RE: related document(s)97 Hearing (Bk)). (DY, ) (Entered: 03/29/2006) |
| 03/30/2006 | 101 | BNC Certificate of Service - Hearing - (RE: related document(s)97 Hearing (Bk)). No. of Notices: 22. Service Date 03/30/2006. (Admin.) (Entered: 04/11/2006) |
| 04/03/2006 | 99 | Trustee's Objection to *Debtor's Motion to Continue the Open Status of the Case and Trustee's Response to Motion to Withdraw Request for Dismissal and for Reinstatement of Third Petition*. Filed by Curtis-QS Reding on behalf of Curtis C. Reding (RE: related document(s)96 Motion to Reinstate Case filed by Debtor Atheal Pierce). (Attachments: # 1 Exhibit ORDER DENYING TO PROCEED IN FORMA PAUPERIS# 2 Exhibit ENTRY OF DISMISSAL OF APPEAL (11th CIR)# 3 Exhibit DISTRICT COURT APPEAL DOCKET SHEET# 4 Exhibit 11th CIRCUIT LTR CLERICALLY REINSTATING CASE# 5 Exhibit 11th CIR LTR TO APPELLANT OPPORTUNITY TO PAY OR FILE IFP) (Reding, Curtis-QS) (Entered: 04/03/2006) |
| 04/07/2006 | 100 | Pierce's Response To Trustee's Motion Filed April 3, 2006 Filed by Atheal Pierce (RE: related document(s)99 Trustee's Objection To Debtor's Motion To Continue The Open Status Of The Case And Trustee's Response To Motion To Withdraw Request For Dismissal And For Reinstatement of The Third Petition filed by Trustee Curtis C. Reding). (JT, ) (Entered: 04/10/2006) |
| 04/17/2006 | 102 | MEMORANDUM DECISION/OPINION - Entered On 4/17/2006 (RE: related document(s)96 Motion to Reinstate Case filed by Debtor Atheal Pierce). (JT, ) (Entered: 04/17/2006) |
| 04/17/2006 | 103 | Order Denying Motion To Reinstate Case (Related Doc # 96) Entered On 4/17/2006. (JT, ) (Entered: 04/17/2006) |

| Date | Doc # | Description |
|---|---|---|
| 04/19/2006 | 104 | BNC Certificate of Service - See Image Attached - (RE: related document(s)102 Opinion). No. of Notices: 3. Service Date 04/19/2006. (Admin.) (Entered: 04/20/2006) |
| 04/19/2006 | 105 | BNC Certificate of Service - See Image Attached - (RE: related document(s)103 Order on Motion to Reinstate Case). No. of Notices: 3. Service Date 04/19/2006. (Admin.) (Entered: 04/20/2006) |
| 04/21/2006 | 106 | Notice of Appeal. Receipt Number Not Paid, Fee Amount $255. Filed by Atheal Pierce (RE: related document(s)102 Opinion, 103 Order on Motion to Reinstate Case). Appellant Designation due by 5/1/2006. Transmission of Designation Due by 5/11/2006. (YP, ) (Entered: 04/24/2006) |
| 04/24/2006 | 107 | Notice/ *Clerk's Notice on the following deficiency(s): (Re: related document (s) 106 Filed by.* (YP, ) . (Entered: 04/24/2006) |
| 04/24/2006 | 108 | Regenerate Form - utility event- (re:107).. (YP, ) (Entered: 04/24/2006) |
| 04/24/2006 | 109 | Certificate of Service Filed by (RE: related document(s)107 Notice). (YP, ) (Entered: 04/24/2006) |
| 04/26/2006 | 110 | BNC Certificate of Service - See Image Attached - (RE: related document(s)108 Regenerate Form - utility event.). No. of Notices: 1. Service Date 04/26/2006. (Admin.) (Entered: 04/27/2006) |
| 04/26/2006 | 111 | BNC Certificate of Service - See Image Attached - (RE: related document(s)109 Certificate of Service). No. of Notices: 1. Service Date 04/26/2006. (Admin.) (Entered: 04/27/2006) |
| 04/28/2006 |  | Case could not be closed because New Appeal Filed (RE: related document(s) Close Case Follow Up Review - Cannot Close Case). Close Case Follow Up Review due on 6/30/2006. (JT, ) (Entered: 04/28/2006) |
| 05/01/2006 | 112 | Appellant's Motion *To Proceed Without The Pre Payment Of Fees* Filed by Atheal Pierce (RE: related document(s)106 Notice of Appeal, filed by Debtor Atheal Pierce). (DS, ) Modified text on 5/3/2006 (DS, ). (Entered: 05/03/2006) |
| 05/01/2006 | 113 | Appellant Designation of Contents For Inclusion in Record and Issues On Appeal Filed by Atheal Pierce (RE: related document(s)106 Notice of Appeal, filed by Debtor Atheal Pierce). Appellee designation due by 5/11/2006. (DS, ) (Entered: 05/03/2006) |
| 05/01/2006 | 114 | SUBMISSION ERROR-PAYMENT RECEIVED WAS APPLIED |

| | | |
|---|---|---|
| | | TO APPEAL FROM DISTRICT COURT TO CIRCUIT COURT OF APPEALS. FEE FOR 2ND APPEAL FROM BANKRTUPCY COURT TO DISTRICT COURT HAS NOT BEEN RECEIVED.Submission of Documents: Notice of Payment of Fees (Money order retained by US District Court.) Filed by Atheal Pierce. (DS, ) Modified text on 5/8/2006 (JGC, ). (Entered: 05/03/2006) |
| 05/04/2006 | 115 | Order Transmitting Motion To District Court (Related Doc # 112) Entered On 5/4/2006. (DS, ) (Entered: 05/04/2006) |
| 05/04/2006 | 116 | Trustee's Response to *Debtor's motion to proceed on appeal without the prepayment of filing fees* Filed by Sabrina L. McKinney on behalf of Curtis C. Reding (RE: related document(s)112 Motion filed by Debtor Atheal Pierce). (McKinney, Sabrina) (Entered: 05/04/2006) |
| 05/05/2006 | 117 | Designation of Record and Statement of Issues on Appeal, *filed by Appellee.* Filed by Sabrina L. McKinney on behalf of Curtis C. Reding (RE: related document(s)106 Notice of Appeal, filed by Debtor Atheal Pierce, 113 Appellant Designation and Issues on Appeal filed by Debtor Atheal Pierce). Appellee designation due by 5/15/2006. Appellant Designation due by 5/15/2006. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit # 20 Exhibit # 21 Exhibit # 22 Exhibit # 23 Exhibit # 24 Exhibit # (25) Exhibit # 26 Exhibit # 27 Exhibit # 28 Exhibit # 29 Exhibit # 30 Exhibit # 31 Exhibit # 32 Exhibit # 33 Exhibit # 34 Exhibit # 35 Exhibit # 36 Exhibit # 37 Exhibit # 38 Exhibit # 39 Exhibit # 40 Exhibit # 41 Exhibit # 42 Exhibit # 43 Exhibit # 44 Exhibit)(McKinney, Sabrina) (Entered: 05/05/2006) |
| 05/06/2006 | 118 | BNC Certificate of Service - See Image Attached - (RE: related document(s)115 Order). No. of Notices: 1. Service Date 05/06/2006. (Admin.) (Entered: 05/07/2006) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 05/09/2006 15:53:59 | | |
| **PACER Login:** | us4894 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 05-31205 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: |

|  |  |  | y Links: n Format: HTMLfmt |
|---|---|---|---|
| Billable Pages: | 8 | Cost: | 0.64 |