IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

NO. 06-11430-C

_____

ATHEAL PIERCE,

Plaintiff-Appellant,

versus

CURTIS REDDING,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

ENTRY OF DISMISSAL

Pursuant to 11th Cir. R. 42-1(b), this appeal is hereby dismissed for want of prosecution because appellant has failed to pay the $250 docketing and $5 filing fees ($255) to the district court clerk and file a Transcript Order Form within the time fixed by the rules, effective this 23rd day of March, 2006.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Pam Holloway
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40