IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ATHEAL PIERCE | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| ATHEAL PIERCE, | ) | CIVIL ACTION NO. |
| | ) | 2:06cv414-MHT |
|    Appellant, | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| AMERICAN GENERAL FINANCE | ) | |
| COMPANY, et al., | ) | |
| | ) | |
|    Appellees. | ) | |

ORDER

It is ORDERED that:

(1) Appellant Atheal Pierce's brief is due by June 22, 2006.

(2) Appellees American General Finance Company and Curtis Reding's briefs are due by July 3, 2006.

(3) Appellant Pierce may file a reply brief by July 13, 2006.

(4) The appeal in this case is set for submission, without oral argument, on July 13, 2006.

DONE, this the 23rd day of May, 2006.

                                           /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE