# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Atheal Pierce
   112 Knollwood Blvd.
   Montgomery, AL 36117

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Atheal Pierce

C. Date of Delivery: 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:

2:06cv414
# 6 Order

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 1925

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540