IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) <br> ) <br> ATHEAL PIERCE ) <br> ) <br>    Debtor. ) <br> ) <br> ATHEAL PIERCE, ) <br> ) <br>    Appellant, ) <br> ) <br>    v. ) <br> ) <br> AMERICAN GENERAL FINANCE ) <br> COMPANY, et al., ) <br> ) <br>    Appellees. ) | CIVIL ACTION NO. <br> 2:06cv414-MHT <br> (WO) |

OPINION

On June 1, 2006, the court entered an order (Doc. No. 9) in this bankruptcy appeal giving appellant Atheal Pierce until June 12, 2006, to pay the appropriate filing fee for his appeal or file a motion to proceed in forma pauperis, accompanied by an affidavit that complies with 28 U.S.C. § 1915(a)(1) and Fed. R. Civ. P. 24.  The court warned appellant Pierce that if he did not comply with

this order, his appeal would be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

The deadline has passed, and the court has given appellant Pierce additional time to comply beyond what was allowed in this court's June 1 order. Pierce has not paid the required filing fee and has not filed an adequate motion to proceed in forma pauperis. Accordingly, his appeal is due to be dismissed for failure to comply with this court's order, Fed. R. Civ. P. 41(b). An appropriate judgment will be entered.

DONE, this the 20th day of June, 2006.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE