IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ATHEAL PIERCE | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| ATHEAL PIERCE, | ) | CIVIL ACTION NO. |
| | ) | 2:06cv414-MHT |
|    Appellant, | ) | (WO) |
| | ) | |
|    v. | ) | |
| | ) | |
| AMERICAN GENERAL FINANCE | ) | |
| COMPANY, et al., | ) | |
| | ) | |
|    Appellees. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that appellant Atheal Pierce's appeal of the order of the United States Bankruptcy Court for the Middle District of Alabama, dated April 17, 2006, is dismissed.

It is further ORDERED that the costs are taxed against appellant Pierce, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 20th day of June, 2006.**

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**